# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| **DAVID HASLETT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.** |
| | ) **2:19-cv-02372-TLP-tmp** |
| **SANTANDER CONSUMER USA INC.,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## NOTICE OF SETTLEMENT

Defendant Santander Consumer USA, Inc. ("Santander"), by and through the undersigned, hereby notifies the Court that a settlement of the present matter has been reached as to all claims of Plaintiff against Defendant in this matter. Santander, with Plaintiff's consent, requests forty-five (45) days to make the filings to effect the dismissal of this case, with prejudice.

Respectfully submitted this 11th day of July, 2019.

*/s/ Zachary D. Miller*
Zachary D. Miller, Esq. (BPR # 032674)
Parris M. Bell, Esq. (BPR #036506)

BURR & FORMAN, LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3216
Facsimile: (615) 724-3316
Email: zmiller@burr.com
E-mail: pbell@burr.com

*Attorneys for Defendant*
SANTANDER CONSUMER USA INC.

33831592 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed on July 11, 2019, a copy of the foregoing document using the CM/ECF System, which will send notification of such filing upon counsel registered with the system and/or a copy will be deposited in the United States mail, properly addressed and first class postage prepaid.

Frank H. Kerney, III, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, Ste. 700
Tampa, FL  33602
Facsimile: (813) 223-5505
Email:  fkerney@forthepeople.com

>                     */s/ Zachary D. Miller*                     
>                     OF COUNSEL