# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

DAVID HASLETT,

  Plaintiff,                                           CASE NO.:  2:19-CV-02372-TLP-TMP

v.

SANTANDER CONSUMER USA, INC.,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, DAVID HASLETT, and the Defendant, SANTANDER CONSUMER USA, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 26th day of August, 2019.

| | |
|---|---|
| */s/ Frank H. Kerney, III* | */s/ Zachary D. Miller* |
| Frank H. Kerney, III, Esquire | Zachary D. Miller, Esq. (BPR # 032674) |
| BPR #: 035859 | Email: zmiller@burr.com |
| Morgan & Morgan, Tampa, P.A. | Parris M. Bell, Esq. (BPR #036506) |
| 201 North Franklin Street, Suite 700 | E-mail: pbell@burr.com |
| Tampa, Florida 33602 | Burr & Forman, LLP |
| Telephone: (813) 223-5505 | 222 Second Avenue South, Suite 2000 |
| Facsimile: (813) 223-5402 | Nashville, Tennessee 37201 |
| Noticed Email: FKerney@ForThePeople.com | Telephone: (615) 724-3216 |
| Primary Email: TGomez@ForThePeople.com | Facsimile: (615) 724-3316 |
| Secondary Email: LDobbins@ForThePeople.com | *Attorneys for Defendant* |
| *Attorney for Plaintiff* | |