# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DAVID HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:19-cv-02372-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| SANTANDER CONSUMER USA, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint filed on June 7, 2019. (ECF No. 1.) In accordance with the Joint Stipulation of Dismissal (ECF No. 12), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees, costs and expenses.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 26, 2019
Date